UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| JON DISHON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JL BAR RANCH, LP, et al.,<br><br>    Defendants. | No. 6:22-CV-001-H-BU |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

United States Magistrate Judge John R. Parker made Findings, Conclusions, and a Recommendation (FCR) in this case on October 28, 2022. Dkt. No. 38. Judge Parker recommends that the Court grant JL Bar Ranch, LP and JL Bar GP, LLC's motion to dismiss for failure to state a claim (Dkt. No. 24) and dismiss the plaintiffs' claims against JL Bar Ranch, LP and JL Bar GP, LLC with prejudice. Additionally, Judge Parker recommends that the plaintiffs' request to amend their Second Amended Complaint (*see* Dkt. No. 27 at 5) be denied. No objections to Judge Parker's FCR were filed. Therefore, the Court has reviewed the proposed FCR for plain error. *U.S. ex rel. Steury v. Cardinal Health, Inc.*, 735 F.3d 202, 205 (5th Cir. 2013) ("[P]lain error review applies when a party did not object to a magistrate judge's findings of fact, conclusions of law, or recommendation to the district court, so long as the party was served with notice of the consequences of failing to object.") (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428 (5th Cir. 1996) (en banc), *superseded on other grounds by* 28 U.S.C. § 636(b)(1)). Finding no error, plain or otherwise, the Court accepts and adopts the FCR of the United States Magistrate Judge.

- 2 -

Accordingly, the Court grants the defendants' motion to dismiss. The plaintiffs' claims against JL Bar Ranch, LP and JL Bar GP, LLC are dismissed with prejudice. The plaintiffs' request to amend their Second Amended Complaint is denied.

So ordered on January 19, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE